IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY W. ST. CLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:13cv00571 |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, the report and recommendation (ECF No. 28) is **ADOPTED in its entirety**; plaintiff's motion for summary judgment (ECF No. 17) is **DENIED**; the Commissioner's motion for summary judgment (ECF No. 20) is **GRANTED**; the Commissioner's decision is **AFFIRMED**; and this matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered: September 10, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge